# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WALTER J. SHELTZ,**

Appellant,

v.

**WALLSTREET MORTGAGE AND REALTY, INC.,** and
**MARISSA GARONE-RIZZO,**

Appellees.

No. 4D21-977

[November 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2019-CA-009160-XXXX-MB.

James S. Telepman of Cohen, Norris, Wolmer, Ray, Telepman, Berkowitz & Cohen, North Palm Beach, for appellant.

James D. Tittle and Mark D. Kairalla of Tittle, Kairalla & Logan, P.L., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***